# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2008 MAR -4  A 11: 39

CLERK *B Mclaty*
SO. DIST. OF GA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:  CR198-00058-002 |
| Stephen Patrick Bailey | ) | USM No:  59008-004 |
| Date of Previous Judgment:  April 20, 2000 | ) | Larry R. Handfield and Nathaniel Haugabrook, II |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorneys |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  120  months **is reduced to**  time served .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 108 to 135 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  April 20, 2000  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  March 4, 2008

_____
Judge's signature

Dudley H. Bowen, Jr.

Effective Date:  March 14, 2008           United States District Judge
         (if different from order date)                    Printed name and title